IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TELEGRAM MESSENGER, LLP and TELEGRAM LLC,<br><br>    Defendants. | CIVIL ACTION NUMBER NO. 1:17-CV-001175-AT |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff GROUPCHATTER, LLC and defendant TELEGRAM MESSENGER, LLP, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, including all claims against defendant TELEGRAM LLC, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated December 18, 2018, with each party to bear its own costs, expenses and attorneys' fees.

This 7th day of January, 2019.

Respectfully Submitted,

By: <u>*s/ Richard H. Sinkfield*</u>
Richard H. Sinkfield
Ga. Bar No. 649100
rsinkfield@rh-law.com
Dan F. Laney, III
Ga. Bar No. 435290
dlaney@rh-law.com
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
404.522.4700  (telephone)
404.525.2224  (facsimile)

*Attorneys for Defendant*
*TELEGRAM MESSENGER, LLP*

2

By: *s/ Daniel A. Kent (with permission)*
Daniel A. Kent
Ga. Bar No. 415110
dankent@kentrisley.com
KENT & RISLEY LLC
5755 N. Point Parkway, Suite 57
Alpharetta, GA 30022
404.585.4214 (telephone)
404.829.2412 (facsimile)


Cabrach J. Connor (pro hac vice)
cab@connorkudlaclee.com
Jennifer Tatum Lee (pro hac vice)
Jennifer@connorkudlaclee.com
CONNOR KUDLAC LEE, PLLC
609 Castle Ridge Road, Suite 450
Austin, TX 78746
512.777.1254 (telephone)
888.387.1134 (facsimile)

*Attorneys for Plaintiff*
*GROUPCHATTER, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TELEGRAM MESSENGER, LLP and<br>TELEGRAM LLC,<br><br>    Defendants. | CIVIL ACTION NUMBER NO.<br>1:17-CV-001175-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to Local Rules 5.1C and 7.1D of the United States District Court for the Northern District of Georgia, the foregoing document entitled "STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE" complies with the font and point selections approved by the Court in Local Rule 5.1C.  The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

*s/ Richard H. Sinkfield*
Richard H. Sinkfield
Ga. Bar No. 649100
rsinkfield@rh-law.com

Counsel for Defendant
TELEGRAM MESSENGER, LLP

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TELEGRAM MESSENGER, LLP and<br>TELEGRAM LLC,<br><br>    Defendants. | CIVIL ACTION NUMBER NO.<br>1:17-CV-001175-AT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the within and foregoing "STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE" with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

>Daniel A. Kent
>Kent & Risley LLC
>5755 N. Point Parkway, Suite 57
>Alpharetta, GA 30022

And via U.S. Regular Mail to:

>Cabrash J. Connor
>Jennifer Tatum Lee
>CONNOR KUDLAC LEE, PLLC
>609 Castle Ridge Road, Suite 450
>Austin, TX 78746

5

This 7th day of January, 2019.

        *s/ Richard H. Sinkfield*
        Richard H. Sinkfield
        Ga. Bar No. 649100
        rsinkfield@rh-law.com

        Counsel for Defendant
        TELEGRAM MESSENGER, LLP

ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
404.522.4700  (telephone)
404.525.2224  (facsimile)