IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TELEGRAM MESSENGER, LLP and TELEGRAM LLC,<br><br>    Defendants. | CIVIL ACTION NUMBER NO. 1:17-CV-001175-AT |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff GROUPCHATTER, LLC and defendants TELEGRAM MESSENGER, LLP and TELEGRAM LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff GROUPCHATTER, LLC and defendants TELEGRAM MESSENGER, LLP and TELEGRAM LLC are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated December 18, 2018.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

IT IS SO ORDERED this _____ day of _____, 2019.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE